Nicole Yvette WINSTON,
Plaintiff-Appellant,

v.

MARYLAND DEPARTMENT OF HUMAN RESOURCES; Maryland Department of Health and Mental Hygiene, Defendants-Appellees.

No. 16-1952

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016

Decided: November 29, 2016

Nicole Yvette Winston, Appellant Pro Se.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicole Yvette Winston appeals the district court's order denying her motion for reconsideration and for discovery filed in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Winston v. Md. Dep't. of Human Res., No. 1:16–cv–01795–JKB (D. Md. July 27, 2016). We deny Winston's motion for transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED